| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  KEVIN C. KHASIGIAN<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916)554-2700 | **FILED**<br><br>JUN 1 5 2012<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>       DEPUTY CLERK |

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00084-EFB<br>2:12-SW-00085-EFB |
| 12  ALL FUNDS MAINTAINED AT BANK OF | 2:12-SW-00086-EFB |
|     AMERICA ACCOUNT NUMBER | 2:12-SW-00087-EFB |
| 13  02520-40113, HELD IN THE NAME OF | 2:12-SW-00088-EFB |
|     DEBORAH A. BARNES AND DIVISIDERO | 2:12-SW-00089-EFB |
| 14  99 CENT PLUS STORE, | 2:12-SW-00091-EFB |
|     | 2:12-SW-00092-EFB |
| 15  ALL FUNDS MAINTAINED AT BANK OF | 2:12-SW-00093-EFB |
|     AMERICA ACCOUNT NUMBER | 2:12-SW-00094-EFB |
| 16  2690-71631, HELD IN THE NAME OF | 2:12-SW-00095-EFB |
|     DIVISIDERO 99 CENT PLUS STORE, | 2:12-SW-00096-EFB |
| 17  | |
| 18  ALL FUNDS MAINTAINED AT BANK OF | |
|     AMERICA ACCOUNT NUMBER | ORDER  RE:  REQUEST  TO |
| 19  02527-74822, HELD IN THE NAME OF | UNSEAL  SEIZURE  WARRANT |
|     DEBORAH A. BARNES AND DIVISIDERO | AND  SEIZURE  WARRANT |
| 20  99 CENT PLUS STORE, | AFFIDAVIT |
| 21  ALL FUNDS MAINTAINED AT BANK OF | |
|     AMERICA ACCOUNT NUMBER | |
| 22  2525-43591, HELD IN THE NAME OF | |
|     HERMAN KEESE, JR., | |
| 23  ALL FUNDS MAINTAINED AT BANK OF | |
|     AMERICA ACCOUNT NUMBER | |
| 24  38101854-4882, HELD IN THE NAME | |
|     OF HERMAN KEESE AND DEBORAH | |
| 25  BARNES, | |

26

27

28

2008 CHEVROLET TOW TRUCK,
VIN: 1GBE5C1908F412857, SOUTH
CAROLINA LICENSE PLATE NUMBER:
P400671,

2008 GMC TOW TRUCK,
VIN: 1GDE5C1918F409165, SOUTH
CAROLINA LICENSE PLATE NUMBER:
P406276,

2008 HARLEY DAVIDSON MOTORCYCLE,
VIN: 1HD1FC4378Y636113,
CALIFORNIA LICENSE PLATE NUMBER:
19N5809,

2011 HARLEY DAVIDSON MOTORCYCLE,
VIN: 1HD1KH418BB658493, SOUTH
CAROLINA LICENSE PLATE NUMBER:
ZC37745,

2006 DODGE RAM TRUCK,
VIN: 3D7MX48C36G147958, SOUTH
CAROLINA LICENSE PLATE NUMBER:
HAS984,

DEFENDANTS.

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 6/15/12

_____
DALE A. DROZD
United States Magistrate Judge